UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| JASMINKA DUBRIC | ) CASE NO. **215-CV-2136-RCJ-CWH** |
|  | ) |
| Plaintiff(s), | ) ORDER OF THE COURT |
|  | ) |
| vs. | ) |
|  | ) |
|  | ) |
| A CAB LLC, et. al., | ) |
|  | ) |
| Defendant(s). | ) |
|  | ) |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this___ 28th day of February, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE