MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
         trichards@blgwins.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMINKA DUBRIC, an individual, | Case No.: 2:15-cv-02136-RCJ-CWH |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| A CAB LLC, a Nevada Limited Liability Company; CREIGHTON J. NADY, an individual, and DOES 1 through 20 | |
| Defendants. | |
| CREIGHTON J. NADY, an individual, | |
| Counterclaimant, | |
| vs. | |
| JASMINKA DUBRIC, an individual, | |
| Counterdefendant. | |

///
///
///
///
///
///

- 1 -

## FINAL JUDGMENT

The above entitled matter having come before the Court pursuant to the Clerk's Memorandum Regarding Taxation of Costs [ECF 107], awarding Plaintiff/Counterdefendant Jasminka Dubric costs in the amount of $913.50, it is hereby:

ORDERED, ADJUDGED, AND DECREED that judgment be entered against Defendant/Counterclaimant Creighton J. Nady, in favor of Plaintiff/Counterdefendant Jasminka Dubric, in the amount of 913.50, plus post-judgment interest at the statutory rate.

DATED this 27 day of July, 2017.

_____
UNITED STATED DISTRICT JUDGE

Respectfully submitted by:

**THE BOURASSA LAW GROUP**

/s/ Mark J. Bourassa, Esq.
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189

*Attorneys for Plaintiff*